# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA STATE UNIVERSITY
SYSTEM BOARD OF SUPERVISORS
THROUGH LOUISIANA STATE
UNIVERSITY VETERINARIAN
TEACHING HOSPITAL

VERSUS

LYDIA MCCOY

NO.  2020 CW 0533

**SEPTEMBER 14, 2020**

---

In Re:  Lydia McCoy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 668023.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a verification affidavit, an index, a copy of the petition, the pleadings, pertinent court minutes, and the return date order, in violation of Rules 4-5(A) and 4-5(C)(1), (7), (8), (9), (10), and (11) of the Uniform Rules of Louisiana Courts of Appeal. Supplementation of this writ application and/or an application for rehearing will not be considered.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before **September 28, 2020**, and must contain a copy of this ruling.

**PMc**
**JEW**

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT